NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE COMCAST CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 963

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0116, Magistrate Judge Charles Everingham, IV.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Comcast Corporation submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September 30, 2010 order denying transfer and to direct transfer to the United States District Court for the Northern District of Illinois.

Upon consideration thereof,

IT IS ORDERED THAT:

Web Telephony, LLC is directed to respond no later than November 10, 2010.

FOR THE COURT

**OCT 25 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David J. Silbert, Esq.
    Sean A. Luner, Esq.
    Clerk, United States District Court For The Eastern District Of Texas

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 25 2010**

**JAN HORBALY
CLERK**